## No. 15,942.

SUTHERLAND *v.* HANEBUTH ET AL.

(199 P. [2d] 296)

Decided October 25, 1948.    Rehearing denied November 15, 1948.

PER CURIAM.

Judgment affirmed in department without written opinion, MR. CHIEF JUSTICE BURKE, MR. JUSTICE STONE, and MR. JUSTICE HAYS, participating.

Mr. GEORGE O. BAKKE, for plaintiff in error.

Mr. H. LAWRENCE HINKLEY, Attorney General, Mr. DUKE W. DUNBAR, Deputy, Mr. FRANK A. WACHOB, Assistant, for defendants in error.